**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-32644-SGJ | | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|---|
| Case Name: | MOVIE GRILL CONCEPTS XXXVII, LLC | | Date Filed (f) or Converted (c): | 04/03/2021 (c) |
| For the Period Ending: | 9/16/2022 | | §341(a) Meeting Date: | 05/11/2021 |
| | | | Claims Bar Date: | 09/07/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE, TEXAS THEATER DEPOSITORY 4063 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | CAPITAL ONE, TEXAS THEATER DEPOSITORY 2974 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | CAPITAL ONE, TEXAS THEATER DEPOSITORY 2982 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | SECURITY DEPOSIT CALIFORNIA ASSETT PROPERTIES CUSTOMER SERVICE PO BOX 491099 LOS ANGELES CA 90049 | $1,900.00 | $1,900.00 | | $0.00 | $1,900.00 |
| 5 | LIQUOR LICENSES | $33,600.00 | $33,600.00 | | $240,000.00 | FA |
| 6 | CNA INSURANCE  LIABILITY | $0.00 | $0.00 | | $0.00 | FA |
| 7 | CNA INSURANCE  AUTO | $0.00 | $0.00 | | $0.00 | FA |
| 8 | CNA INSURANCE  WORKERS COMPENSATION | $0.00 | $0.00 | | $0.00 | FA |
| 9 | CNA SPCECIALTY - INSURANCE $10 M EXCESS LIABILITY 3RD LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 10 | CHUB INSURANCE - CYBER | $0.00 | $0.00 | | $0.00 | FA |
| 11 | CHUB INSURANCE - $5M EXCESS LIABILITY - 2ND LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 12 | CHUB INSURANCE - CRIME | $0.00 | $0.00 | | $0.00 | FA |
| 13 | CHUB INSURANCE -DIRECTORS & OFFICERS LIABILITY | $0.00 | $0.00 | | $0.00 | FA |
| 14 | CHUB INSURANCE - $5M EXCESS LIABILITY - 2ND LAYER FIDUCIARY LIABILITY | $0.00 | $0.00 | | $0.00 | FA |
| 15 | CHUB INSURANCE - EMPLOYMENT PRACTICES LIABLILITY | $0.00 | $0.00 | | $0.00 | FA |
| 16 | ENDURANCE INSURANCE - EXCESS D&O $1M | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-32644-SGJ | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | MOVIE GRILL CONCEPTS XXXVII, LLC | Date Filed (f) or Converted (c): | 04/03/2021 (c) |
| For the Period Ending: | 9/16/2022 | §341(a) Meeting Date: | 05/11/2021 |
| | | Claims Bar Date: | 09/07/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | LIBERTY MUTUAL INSURANCE - PROPERTY INCL LEASED & RENTED EQUIPMENT | $0.00 | $0.00 | | $0.00 | FA |
| 18 | LLOYDS OF LONDON INSURANCE - EARTHQUAKE $10 LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 19 | LLOYDS OF LONDON INSURANCE - PERLAND | $0.00 | $0.00 | | $0.00 | FA |
| 20 | QBE INSURANCE - EARTHQUAKE - $10M LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 21 | STARSTONE INSURANCE - EXCESS D&0 $2M | $0.00 | $0.00 | | $0.00 | FA |
| 22 | TRAVELERS INSURANCE - $5M EXCESS LIABILITY 1ST LAYER | $0.00 | $0.00 | | $0.00 | FA |
| 23 | VOYAGER INSURANCE - FLOOD - SELECTED LOCATION | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $35,500.00 | $35,500.00 | | $240,000.00 | **Gross Value of Remaining Assets** $1,900.00

**Major Activities affecting case closing:**

09/16/2022  Trustee has liquidated all assets and distributed all cash pursuant to Order(s) of the Court. Trustee expects to file his Trustee's Distribution Final Report within the next two weeks.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2022 | **Current Projected Date Of Final Report (TFR):** | /s/ JEFFREY H. MIMS |
|---|---|---|---|
| | | | JEFFREY H. MIMS |
| | | | TRUSTEE |